# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LORI BALDWIN, | ) | CASE NO. 5:19-CV-00036 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SNAP-ON BUSINESS SOLUTIONS INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before this Court is the joint motion to stay case deadlines while the parties engage in informal settlement discussions. (Doc. No. 15.) For good cause shown, the parties' joint motion is GRANTED and the case deadlines are stayed pending either resolution of this matter, or a breakdown in settlement discussions.

The parties shall file a joint-status report with this Court forty-five (45) days from the entry of this Order. Moreover, the Court will schedule a status conference sixty (60) days from the entry of this Order.

Further, in light of the stay, plaintiff's pending motion for conditional certification is DENIED without prejudice. Plaintiff may refile her motion should settlement discussions prove unsuccessful and this case is returned to the active docket.

**IT IS SO ORDERED**.

Dated: April 16, 2019

                                                     **HONORABLE SARA LIOI**
                                                     **UNITED STATES DISTRICT JUDGE**